✎AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                              Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

__Eastern__   District of   __California__

United States of America

V.

**Mark McGrath**
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:  5:10-mj-00016 JLT

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court and defense counsel in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) United States District Court, 2500 Tulare Street,
Fresno, California 93721   on   4/5/2010 1:30 pm
_Place_                                                                    _Date and Time_

Prior to your hearing check-in at the U.S. Marshals Office on the 3rd floor for fingerprinting and photo processing.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(   ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Fifty Thousand dollars ($ 50,000.00)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## (Defendant is ordered to appear.)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

**Additional Conditions of Release**    Case Number: 5:10-mj-00016 JLT

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
(Name of person or organization) Laureen McGrath
(Address) 3909 Rosemary Lane
(City and state) Bakersfield CA 93305    (Tel. No.) 727-499-5391

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____ Custodian or Proxy    Date: 3/22/10

(✓) (7) The defendant shall:

(x) (a) Be released on a $50,000.00 unsecured bond co-signed by Laureen McGrath.

(x) (b) Report to and comply with the rules and regulations of the Pretrial Services Agency.

(x) (c) Report in person to the Pretrial Services Agency on the first working day following your release from custody.

(x) (d) Be released to the third party custody of Laureen McGrath.

(x) (e) Shall reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hours without prior approval of Pretrial Services Officer (PSO).

(x) (f) Your travel is restricted to the State of California unless otherwise approved in advance by the PSO.

(x) (g) Submit to drug and/or alcohol testing as directed by the PSO.

(x) (h) Refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. Medical marijuana, prescribed or not, may not be used.

(x) (i) Seek and/or maintain employment, and provide proof thereof to the PSO upon request.

(x) (j) Obtain no passport during the pendency of this case.

(x) (k) Shall not associate or have any contact with Joseph Nolan, Dustin York, Mark Zeldes, Jeremy Dunn, and Joseph Taylor unless in the presence of counsel or otherwise approved in advance by the PSO, and

(x) (l) Report any prescriptions to the PSO within 48 hours of receipt.

AO 199C    (Rev.12/03) Advice of Penalties . . .                                              Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:                                    CASE NUMBER: 5:10-mj-00016 JLT

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
        (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
        (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more five years, or both;
        (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
        (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

3-22-10
Date

727 420 5350 / 727 992-5396
Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: 3/22/2010

_____
Signature of Judge

Jennifer L. Thurston, U.S. Magistrate Judge
Name and Title of Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL